

WWW.RIVKINRADLER.COM

926 RXR Plaza
NY 11556-0926
3000  F 516.357.3333

**MICHAEL A. TROISI**
PARTNER
(516) 357-3158
michael.troisi@rivkin.com

Application granted. Defendant shall answer or move with respect to the Complaint by May 16, 2025.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
April 15, 2025

**VIA ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New Yo
300 Quarropas Street, Room
White Plains, New York 10

Re:     *Bodhisattva S̶                                    ̶mpany,*
        Case No. 7:2̶5̶-̶c̶v̶-̶0̶3̶0̶1̶6̶ ̶(̶P̶M̶H̶)̶ ̶(̶J̶C̶M̶)̶

Dear Judge Halpern:

We represent defendant State Farm Fire and Casualty Company ("State Farm") in the above-referenced matter. We write to respectfully request a thirty (30) day extension of time for State Farm to respond to the Complaint from Friday, April 18, 2025 to Friday, May 16, 2025.

This is State Farm's <u>first</u> request for an extension of time. On April 11, 2025 State Farm removed this case from the Supreme Court of the State of New York, County of Westchester and State Farm's current deadline to respond to the Complaint is April 18, 2025. The reason for this request is that we are currently reviewing this matter with our client and exploring the possibility of an early resolution. Counsel for the Plaintiffs has consented to this request.

Accordingly, State Farm respectfully requests that the Court grant its request and that its time to answer or otherwise respond to the Complaint in this action be extended for thirty (30) days to Friday, May 16, 2025.

We thank the Court for its time and consideration of our request.

Respectfully submitted,

RIVKIN RADLER LLP

*Michael A. Troisi*

Michael A. Troisi

cc: All counsel via ECF
4914-1510-6358, v. 1

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777